JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 627 -- In re Southeastern Virginia Water Supply Pipeline Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/02 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERTIFICATE OF SERVICE -- pltf. City of Virginia Beach, Virginia -- SUGGESTED TRANSFEREE DISTRICT: E.D. VIRGINIA; SUGGESTED TRANSFEREE JUDGE: JOHN A. MACKENZIE (rh) |
| 85/01/14 | | APPEARANCE: EDWIN B. BAKER, ESQ. for County of Charlotte, VA, WILLIAM W. BENNETT, JR., ESQ. for Board of Supervisors of Hlifax County, VA, ROBERT S. HIGHT, ESQ. for County of Vance, R. WENDEL HUTCHINS, ESQ. for Washington County, JOHN R. JENKINS, JR., ESQ. for County of Bertic, N.C., CHARLES T. JOHNSON, JR., ESQ. for Warren County, N.C., LARRY M. JONES, ESQ. for County of Brunswick, VA., PATRICK M. MCSWEENEY, ESQ. for Roanoke River Basin Association, Harold Carawan, V. Earl Stanley, Jr., Dr. Allan A. Hoffman, ANDREW P. MILLER, ESQ. for State of North Carolina, et al., CHARLES J. VAUGHAN, ESQ. for Northampton County, N.C., PERRY E. WALLACE, JR., ESQ. for Co. Wayne A. Hanson, Lt. Gen. Joseph K. Bratton, William R. Gianelli, John O. Marsh (rh) WILLIAM T. WATKINS, ESQ. for Granville County, N.C., JOHN A. JAMES, ESQ. for Halifax County, N.C. (rh) |
| 85/01/17 | 2 | RESPONSE -- Deft. Col. Wayne A. Hanson, Lt. Gen. Joseph K. Bratton, William R. Gianelli, John O. Marsh -- w/cert. of svc. (rh) |
| 85/01/18 | | APPEARANCE: JOHN F. KAY, JR., ESQ. for City of Virginia Beach, VA. (rh) -- WILLIAM R. PEEL, ESQ. for Martin County, N.C. (rh) |

627    In re Southeastern Virginia Water Supply Pipeline Litigation

| Date | No. | Description |
|---|---|---|
| 85/01/18 | 3 | RESPONSE -- Defts. Roanoke River Basin Association; Harold Carawan; V. Earl Stanley, Jr.; Jesse L. Fowler, Jr.; Dr. Allan A. Hoffman -- w/cert. of svc. (rh) |
| 85/01/18 | 4 | RESPONSE -- Defts. State of North Carolina; County of Bertie, N.C; County of Brunswick, VA; County of Charlotte; Granville County, N.C.; Halifax County, N.C.; Martin County, N.C.; Mecklenburg County, VA; Northampton County, N.C.; Vance County, N.C.; Warren County, N.C.; Washington County, N.C. -- w/cert. of svc. (rh) |
| 85/01/18 | 5 | MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES -- defts. State of North Carolina; County of Bertie, N.C; County of Brunswick, VA; County of Charlotte; Granville County, N.C.; Halifax County, N.C.; Martin County, N.C.; Mecklenburg County, VA; Northampton County, N.C.; Vance County, N.C.; Warren County, N.C.; Washington County, N.C. -- GRANTED -- w/cert. of svc. (rh) |
| 85/01/23 |  | APPEARANCE: FRANK D. HARRIS, ESQ. for Mecklenbury County, VA (rh) |
| 85/01/25 | 6 | MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES -- Deft. City of Virginia Beach, VA. -- w/cert. of svc. (rh) |
| 85/01/25 | 7 | REPLY/BRIEF -- Deft. City of Virginia Beach, VA. -- w/cert. of svc. (rh) |
| 85/02/12 | 8 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERT. OF SERVICE -- United States of America -- SUGGESTED TRANSFEREE DISTRICT: E.D. VIRGINIA (cds) |
| 85/02/21 |  | HEARING ORDER -- Setting motion for transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/03/04 | 9 | APPLICATION FOR WHICH TO FILE LATE RESPONSE -- filed by The State of North Carolina, The Counties of Brunswick, Charlotte, Halifax and Mecklenburg, Virginia; the Counties of Bertie, Granville, Halifax, Martin, Northampton, Vance, Warren and Washington, North Carolina, The Roanoke River Basin Association, V. Earl Stanley, Jr., Jesse L. Fowler, Jr., Harold Carawan, and Dr. Allan A. Hoffman -- OK to accept for filing. (ds) |
| 85/03/04 | 10 | RESPONSE -- The State of North Carolina; the Counties of Brunswick, Charlotte, Halifax and Mecklenburg, Virginia, the Counties of Bertie, Granville, Halifax, Martin, Northampton, Vance, Warren and Washington, North Carolina; the Roanoke River Basin Assoc.; V. Earl Stanley, Jr.; Jesse L. Fowler, Jr.; Harold Carawan; and Dr. Allan A. Hoffman w/cert. of svc. (ds) |

JPML FORM 1A

P. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 627 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/03/04 | 10 | RESPONSE -- The State of North Carolina; the Counties of Brunswick, Charlotte, Halifax and Mecklenburg, Virginia, the Counties of Bertie, Granville, Halifax, Martin, Northampton, Vance, Warren and Washington, North Carolina; the Roanoke River Basin Assoc.; V. Earl Stanley, Jr.; Jesse L. Fowler, Jr.; Harold Carawan; and Dr. Allan A. Hoffman w/cert. of svc. (ds) |
| 85/03/12 | 11 | REPLY -- Defts. Col. Wayne A. Hanson, Lt. Gen. Joseph K. Bratton, William R. Gianelli and John O. Marsh w/cert. of svc. (ds) |
| 85/03/22 | 12 | STATEMENT OF NEW MATTER -- City of Virginia Beach, Virginia w/exhibits A thru H and cert. of svc. (ds) |
| 85/03/25 | 13 | LETTER W/COPY OF BRIEF OF DEFENDANT-APPELLANT JAMES G. MARTIN -- filed by State of North Carolina w/cert. of svc. (ds) |
| 85/03/29 | | HEARING APPEARANCES: JOHN F. KAY, JR., ESQ. for City of Virginia Beach, Virginia; PERRY E. WALLACE, JR., ESQ. for United States of America Land and Natural Resources Division; ANDREW P. MILLER, ESQ. or G. CRISTON WINDHAM for State of North Carolina (rh) |
| 85/03/29 | | WAIVER OF ORAL ARGUMENT: Martin County, North Carolina; Board of Supervisors of Mecklenburg County, VA; Bertie County, N.C.; Halifax County, N.C.; Roanoke River Basin Association; Granville County, N.C.; Washington County, N.C.; Warren County, N.C. and County of Halifax, Virginia Board of Supervisors (rh) |
| 85/04/04 | | Stipulation -- RECEIVED AT THE PANEL HEARING ON 3/28/85 (emh) |
| 85/04/19 | 14 | SECOND STATEMENT OF NEW MATTER -- City of Virginia Beach, Virginia -- w/Exhibit A and cert. of service (cds) |
| 85/04/23 | 15 | STATEMENT OF NEW MATTER -- United States w/cert. of svc. (re: State of North Carolina, et al. v. Hudson, et al., E.D.N.C., C.A. No. 84-35-Civ-5. (ds) |
| 85/04/25 | 16 | RESPONSE -- The Roanoke River Basin Association, V. Earl Stanley, Jr., Harold Carawan, Jesse L. Fowler, Jr. and Dr. Allan A. Hoffman -- w/cert. of svc. (emh) |
| 85/04/25 | 17 | RESPONSE -- State of North Carolina -- w/Exhibit A & B and cert. of svc. (emh) |
| 85/04/26 | 18 | THIRD STATEMENT OF NEW MATTER -- City of Virginia Beach, Va. -- w/exhibit and cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/29 | 19 | RESPONSE -- Roanoke River Basin Association -- w/cert. of svc. (emh) |
| 85/06/18 | 20 | FIRST STATEMENT OF NEW MATTER -- The Roanoke River Basin Association w/cert. of svc. (ds) |
| 85/11/22 | 21 | LETTER RE NEW DEVELOPMENTS (dated Nov. 19, 1985) -- signed by Alan S. Hirsch, Asst. Atty. Gen. for State of North Carolina -- w/copy of orders from E.D. Va. and Fourth Circuit (cds) |
| 85/11/25 | 22 | LETTER -- (dated 11/22/85) -- City of Virginia Beach (re: pldg. #21) -- w/cert. of svc. (rh) |
| 85/12/02 | | ORDER DENYING MOTION AS MOOT -- Notified involved counsel, misc. recipients, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 627 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Southeastern Virginia Water Supply Pipeline Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 28, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/2/85 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 12/2/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 627 -- In re Southeastern Virginia Water Supply Pipeline Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | City of Virginia Beach, Virginia v. Roanoke River Basin Association, et al. | E.D.Va. MacKenzie | 84-11-N | | | | |
| A-2 | State of North Carolina, et al. v. Colonel Ronald E. Hudson, et al. | E.D.N.C. Britt | 84-36-CIV 5 | | | | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 627 -- In re Southeastern Virginia Water Supply Pipeline Litigation

---

CITY OF VIRGINIA BEACH, VA., ETC. (A-1)
John F. Kay, Jr., Esquire
Mays, Valentine, Davenport & Moore
23rd Floor, Sovran Center
1111 East Main Street
P.O. Box 1122
Richmond, Virginia 23208

STATE OF NORTH CAROLINA, ET AL. (A-2)
Andrew P. Miller, Esquire
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, D. C. 20037

STATE OF NORTH CAROLINA, ET AL. (A-2)
  INTERVENOR PLAINTIFFS

COUNTY OF BERTIE, N.C.
John R. Jenkins, Jr., Esquire
111 West Main Street
P.O. Box 189
Aulander, North Carolina 27805

COUNTY OF BRUNSWICK, VA.
Larry M. Jones, Esquire
P.O. Box 220
Lawrenceville, Virginia 23868

COUNTY OF CHARLOTTE, VA.
Edwin B. Baker, Esquire
Charlotte County
P.O. Box 269
Keysville, Virginia 23947

GRANVILLE COUNTY, N.C.
William L. Hopper, Esquire
Watkins, Finch & Hopper
111 Gilliam Street
P.O. Box 247
Oxford, North Carolina 27565

BOARD OF SUPERVISORS OF
HALIFAX COUNTY, VA.
William W. Bennett, Jr., Esquire
Slayton, Bennett & Rand
P.O. Box 446
554 North Main Street
South Boston, Virginia 24592

HALIFAX COUNTY, N.C.
John A. James, Esquire
P.O. Box 644
Weldon, North Carolina 27890

MARTIN COUNTY, N.C.
William R. Peel, Esquire
106 Smithwick Street
P.O. Box 187
Williamston, North Carolina 27982

BOARD OF SUPERVISORS OF
MECKLENBURG COUNTY, VA.
Frank D. Harris, Esquire
Harris & Matthews
P.O. Box 369
115 West Danville Street
South Hill, Virginia 23970

NORTHAMPTON COUNTY, N.C.
Charles J. Vaughan, Esquire
P.O. Box 370
Woodland, North Carolina 27897

VANCE COUNTY, N.C.
Robert S. Hight, Esquire
Hight & Faulkner
109 Church Street
P.O. Box 66
Henderson, North Carolina 27536

WARREN COUNTY, N.C.
Charles T. Johnson, Jr., Esquire
P.O. Box 646
Warrenton, N.C. 27589

WASHINGTON COUNTY, N.C.
R. Wendel Hutchins, Esquire
P.O. Drawer 1085
Plymouth, N.C. 27962

ROANOKE RIVER BASIN ASSOCIATION
HAROLD CARAWAN
V. EARL STANLEY, JR.
JESSE L. FOWLER, JR.
DR. ALLAN A. HOFFMAN
Patrick M. McSweeney, Esquire
McSweeney, Stutts & Burtch
9 South Twelfth St.
P.O. Box 1463
Richmond, Virginia 23212

FEDERAL DEFENDANTS

COL. WAYNE A. HANSON
LT. GEN. JOSEPH K. BRATTON
WILLIAM R. GIANELLI
JOHN O. MARSH
Glen R. Goodsell, Esquire
Department of Justice
Room 2134
10th & Constitution Ave., N.W.
Washington, D.C. 20530

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 627 -- In re Southeastern Virginia Water Supply Pipeline Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Roanoke River Basin Assn. | A-1 |
| V. Earl Stanley, Jr. | A-1 |
| Jesse L. Fowler, Jr. | A-1 |
| Harold Carawan | A-1 |
| Dr. Allan A. Hoffman | A-1 |
| James B. Hunt, Jr., Govenor State of North Carolina | A-1 |
| Colonel Ronald E. Hudson, (Norfolk District Engineer) | A-2 |
| Colonel Wayne A. Hanson (Wilmington District Engineer) | A-2 |
| Lt. Gen. Joseph K. Bratton (Chief of Engineers, U.S. Army Corps of Engineers) | A-2 |
| William R. Gianelli (Asst. Secretary of the U.S. Department of the Army) | A-2 |
| John O. Marsh (Secretary of the U.S. Dept. of the Army) | A-2 |