JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -2 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 627

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SOUTHEASTERN VIRGINIA WATER SUPPLY PIPELINE LITIGATION

ORDER DENYING MOTION AS MOOT

On March 28, 1985, the Panel heard oral argument on a motion to transfer under 28 U.S.C. §1407 the action listed on the attached Schedule A pending in the Eastern District of North Carolina to the Eastern District of Virginia for centralized pretrial proceedings with the action on Schedule A pending there.  On July 29, 1985, the Panel issued an order deferring further consideration of the Section 1407 motion until two matters pending in the United States Court of Appeals for the Fourth Circuit were resolved.  On November 1, 1985, the appellate court directed the court in the Virginia action either to dismiss the action against defendant Governor of North Carolina or entertain a motion to transfer the action under 28 U.S.C. §1404 to the Eastern District of North Carolina.  On November 8, 1985, plaintiff in the Virginia action filed such a Section 1404 motion, which was granted by the Virginia court on November 14, 1985.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-627 -- In re Southeastern Virginia Water Supply Pipeline Litigati●

Eastern District of North Carolina

State of North Carolina, et al. v. Colonel Ronald E. Hudson, et al.,
C.A. No. 84-36-CIV 5

Eastern District of Virginia

City of Virginia Beach, Virginia v. Roanoke River Basin Association,
et al., C.A. No. 84-11-N